# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRD INVESTMENTS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY MONTES,<br><br>　　　　　Defendant. | Case No.  1:13-cv-01872-LJO-SAB<br><br>ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY<br><br>ECF NO. 7 |

On December 20, 2013, Plaintiff SRD Investments Inc. ("Plaintiff") filed a request to appear by telephone at the hearing on Plaintiff's motion to remand.  (ECF No. 7.)

Good cause having been demonstrated, it is HEREBY ORDERED that Plaintiff's request is GRANTED.  At least two court days prior to the scheduled hearing, Plaintiff shall contact the Court's courtroom deputy at (559) 499-5672 to obtain the telephone number and passcode for the Court's teleconference system.

IT IS SO ORDERED.

Dated:   **December 23, 2013**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE