# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRD INVESTMENTS INC., | Case No. 1:13-cv-01872-LJO-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ECF NO. 11 |
| NANCY MONTES, | |
| Defendant. | |

On January 2, 2014, the magistrate judge assigned to this action issued Findings and Recommendations that Plaintiff SRD Investments Inc.'s ("Plaintiff") motion to remand be granted. (ECF No. 11.) The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days. To date, no party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The January 2, 2014 Findings and Recommendations are ADOPTED IN FULL;
2. Plaintiff's motion to remand is GRANTED (ECF No. 4);
3. This action is REMANDED to state court; and

1

1    4.    Plaintiff is awarded $1,705.00 in attorneys' fees incurred as a result of improper removal.

The clerk is directed to take necessary action to remand this action to Madera County Superior Court and to close this action.

IT IS SO ORDERED.

Dated:   **February 10, 2014**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE